UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:22-mj-02719-JG

UNITED STATES OF AMERICA,

vs.

ANDREW ALTURO FAHIE, et al.,

    Defendants.

_____/

### ANDREW A. FAHIE'S NOTICE OF INVOCATION OF IMMUNITY

    Defendant, The Honorable ANDREW A. FAHIE, ("**Hon. A. Fahie**") Premier of the Virgin Islands, hereby notices his invocation of all rights of and to immunity under international and domestic law, as the duly elected and sitting head of government of the Virgin Islands, a British Overseas Territory, including but not limited to immunity from arrest and detention, entitling him to immediate and unconditional release from detention by the United States.

    1. The Hon. Fahie was duly elected to the office of Premier of the Virgin Islands and has been in such office since February 26, 2019.

    2. The United States Department of Justice concedes that the Hon. Fahie "**was, and is**" the Premier. [Doc. 1 at 3.] (emphasis added). As such, the Executive Branch of the United States Government has recognized the Hon. Fahie as the constitutional head of Government of the Virgin Islands.

    3. The Hon. Fahie was arrested by law enforcement personnel of the United States government on or about April 28, 2022 and remains in custody as of this writing.

4. There has been no known express waiver of the Hon. Fahie's immunity conferred under international and domestic law.

Respectfully submitted,

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Counsel for Defendant Andrew A. Fahie*
200 East Broward Blvd., Suite 1110
Fort Lauderdale, FL  33301
Telephone: 954-453-8000
Telefax: 954-453-8010

By: /s/  Theresa M.B. Van Vliet
Theresa M.B. Van Vliet, Esq.
Florida Bar No.: 374040
Email: tvanvliet@gjb-law.com

Joyce A. Delgado, Esq.
Florida Bar No.: 1002228
Email: jdelgado@gjb-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was filed/served on May 2, 2022 via the ECF filing system upon: Frederic C. Shadley, Assistant United States Attorney, 1120 N.W. 20th Street, Miami, FL 33172.

By: /s/  Theresa M.B. Van Vliet
Theresa M.B. Van Vliet, Esq.