**2 Defendants**  **MINUTE ORDER**  Page 8

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor  Date: 5/4/22  Time: 10:00 a.m.

Defendant: 1) Andrew Alturo Fahie  J#: 07491-506  Case #: 22-mj-2719-Goodman
AUSA: Fritz Shadley  Attorney: Theresa Van Vliet - temp
Violation: Conspiracy to Import Cocaine; Conspiracy to Launder Money  Surr/Arrest Date:  YOB:

Proceeding: Report RE: Counsel/Detention Hearing  CJA Appt:
Bond/PTD Held: ✓ Yes  ☐ No  Recommended Bond: Temp Ptd
Bond Set at: 500k CSB Nebbia  Co-signed by:

☑ Surrender and/or do not obtain passports/travel docs + Daughters(2) + wife *
☑ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☑ May not visit transportation establishments → GPS
☑ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by Deft
☑ Allowances: Medical needs, court appearances, attorney visits, religious, employment 24 hr lockdown with 3 allowances above.
☐ Travel extended to:
☑ Other: Reside with Daughters at address stated in Court

Language: English

Disposition:
*Brady Order given* **P/A set 5/13/22** ***Theresa Van Vliet, Temp Counsel***
- Press Admonition
- Counsel remains temporary
- PTD hrg held - Bond set
- S/A DEA Brian Witek sworn + testified
- Deft's exhibit A Admitted (D.E. 10)
- Gout's request for stay of bond pending appeal granted - Gout has until 5/5/22 to file appeal

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date:  Time:  Judge:  Place:
Report RE Counsel:
PTD/Bond Hearing: 5/25 10:00 a.m. Duty Miami
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:01:16  Time in Court: 1 hr + 20 min

s/Alicia M. Otazo-Reyes  Magistrate Judge

* Wife permitted to travel for funeral + work business but must surrender passport after conclusion of these duties.