UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mj-2719-JG

UNITED STATES OF AMERICA,

vs.

ANDREW ALTURO FAHIE,

    **Defendant.**

_____/

**UNITED STATES OF AMERICA'S NOTICE OF APPEAL
AND MOTION TO STAY ENTRY OF BOND PENDING REVIEW**

Pursuant to the Court's instruction during the Pre-Trial Detention hearing on May 4, 2022, the United States hereby files this Notice of Appeal and Motion to Stay Entry of Bond Pending Review. Defendant Andrew Fahie has been charged via criminal complaint with: (1) conspiracy to import five kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of 21 U.S.C. §§ 963, 952, and 960(b)(1)(A); and (2) conspiracy to launder money, in violation of 18 U.S.C. §§ 1956(a)(2)(A), 1956(a)(2)(B)(i), 1956(c)(7)(A), and 1956(c)(7)(B)(iv); all in violation of 18 U.S.C. § 1956(h). On May 4, 2022, a Pre-Trial Detention hearing was held, and the Court entered a $500,000 corporate surety bond, but stayed the entry of that bond to allow for the Government to file this notice of appeal. The Government hereby provides notice of its appeal.

In addition, the Government: (1) requests that any entry of bond be stayed pending the completion of this appeal; and (2) moves preliminarily for the revocation of the Court's order of bond, under 18 U.S.C. § 3145(a)(1). As noted during the Pre-Trial Detention hearing, the Government needs the transcript from that hearing in order to prepare its motion for revocation of

bond. Undersigned counsel is in the process of obtaining that transcript, and will prepare a more thorough motion for revocation of bond upon receipt.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: /s/ Frederic C. Shadley
Frederic C. Shadley
Assistant United States Attorney
Court ID No. A5502298
11200 NW 20th Street, Suite 101
Miami, Florida 33172
Tel: (305) 715-7649/ 7654
Fax: (305) 715-7639
Email: Frederic.Shadley@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: /s/ Frederic C. Shadley
Frederic C. Shadley
Assistant United States Attorney